IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LARRY DEAN DICKERSON, | ) | |
| Petitioner, | ) ) | |
| v. | ) | NO. 3:07-0855 |
| | ) | JUDGE HAYNES |
| JAMES FORTNER, Warden, | ) ) | |
| Respondent. | ) | |

## O R D E R

Upon review of the record, process was issued to Respondent who has yet to file an answer to the amended petition. Respondent has thirty (30) days to file a response in accordance with Rule 5 of the Rules Governing Actions under 28 U.S.C. § 2254 or the Court will decide the merits on the bases of Petitioner's amended petition and state court decisions.

It is so **ORDERED**.

**ENTERED** this the ___ day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge