UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LARRY DICKERSON, | ) |
| | ) |
| Petitioner, | ) NO. 3:07-00855 |
| | ) JUDGE HAYNES |
| v. | ) |
| | ) |
| JAMES FORTNER, | ) |
| | ) |
| Respondent. | ) |

## ORDER

In accordance with the Memorandum filed herewith, the Petitioner's petition for the writ of habeas corpus is **DENIED**. This action is **DISMISSED with prejudice**. The Court **DECLINES** to grant Certificate of Appealibility under 28 U.S.C. §2253(c).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 20th day of January, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge

1